Matter of Charde P. v Mesha B. (2025 NY Slip Op 01513)

Matter of Charde P. v Mesha B.

2025 NY Slip Op 01513

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., BANNISTER, OGDEN, GREENWOOD, AND HANNAH, JJ.

604 CAF 23-00590

[*1]IN THE MATTER OF CHARDE P., PETITIONER-RESPONDENT,
v
MESHA B., RESPONDENT-APPELLANT. (APPEAL NO. 2.) 

CAITLIN M. CONNELLY, BUFFALO, FOR RESPONDENT-APPELLANT.
JESSICA L. VESPER, BUFFALO, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Erie County (Sharon M. LoVallo, J.), entered November 29, 2022, in a proceeding pursuant to Family Court Act article 6. The order, among other things, directed that petitioner shall retain sole custody of the subject child and that respondent have supervised visitation. 
It is hereby ORDERED that the order so appealed from is unanimously modified on the law by striking the fourth ordering paragraph requiring respondent to complete or substantially comply with a mental health evaluation and recommended treatment as a prerequisite to filing a modification petition and substituting therefor a provision requiring respondent to comply with that condition as a component of supervised visitation, and as modified the order is affirmed without costs.
Same memorandum as in Matter of Shakema R. v Mesha B. ([appeal No. 1] — AD3d — [Mar. 14, 2025] [4th Dept 2025]).
Entered: March 14, 2025
Ann Dillon Flynn
Clerk of the Court